UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL D. NOLAN | : | BK. NO. 1-20-00962 |
| LINDA R. NOLAN | : | |
| | : | CHAPTER 13 PROCEEDING |
| Debtor/Respondent | : | |
| | : | |
| v | : | |
| | : | |
| IRS DEPARTMENT OF TREASURY | : | |
| Creditor | : | |

## OBJECTION TO PROOF OF CLAIM
## FILED BY IRS DEPARTMENT OF TREASURY

AND NOW come the Debtor, Michael and Linda Nolan, by and through through attorney, James H. Turner, to object to the above-mentioned Creditor's Proof of Claim #2-1. The debtor has filed their state 2019 tax returns and they were submitted to the IRS. The amount that has been estimated in his claim should be disallowed.

/s/ James H. Turner, Esquire
James H. Turner, Esquire
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA  17112
717/232-4551

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. NOLAN : BK. NO. 1-20-00962
LINDA R. NOLAN :
: CHAPTER 13 PROCEEDING
    Debtor/Respondent :
:
v :
:
IRS DEPARTMENT OF TREASURY :
    Creditor :

## CERTIFICATE OF SERVICE

On this 2nd day of December, 2020, I, James H. Turner, Esquire, do hereby certify that I placed in the U.S. mail, first class, postage prepaid a true and correct copy of the foregoing Notice addressed to the persons listed below.

IRS
Department of Treasury
Bankruptcy Division
600 Arch Street, Rm 5200
Philadelphia, PA 19106

/s/ James H. Turner, Esquire
James H. Turner
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717) 232-4551

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. NOLAN : BK. NO. 1-20-00962
LINDA R. NOLAN :
: CHAPTER 13 PROCEEDING
    Debtor/Respondent :
:
v :
:
IRS DEPARTMENT OF TREASURY :
    Creditor :

ORDER

In consideration of the objection to proof of claim filed by Debtor, it is hereby Ordered that the proof of claim of IRS – Department of Treasury, #2-1 should not be allowed as stated.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. NOLAN : BK. NO. 1-20-00962
LINDA R. NOLAN :
: CHAPTER 13 PROCEEDING
    Debtor/Respondent :
:
v :
:
IRS DEPARTMENT OF TREASURY :
    Creditor :

        TO:     IRS DEPARTMENT OF TREASURY

**NOTICE TO CLAIMANT OF OBJECTION TO CLAIM
AND HEARING DATE**

    **Michael and Linda Nolan, filed an objection to the proof of claim you filed in this bankruptcy case.**

    **Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**
    **Response deadline is January 1, 2021**

United States Bankruptcy Court
Middle District of Pennsylvania
Third and Walnut Streets
PO Box 908
Harrisburg, PA 17108

**If you or your attorney do not respond to the objection, the Court may decide that you do not oppose the objection to your claim.**

                                        James H. Turner, Esquire
                                        915 N Mountain Road
                                        Suite D
                                        Harrisburg, PA 17112
                                        (717)232-4551 Phone
                                        (717)232-2115 Fax
                                        pat@turnerandoconnell.com
                                        29928

  December 2, 2020