United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Michael D Nolan  
Linda R Nolan  
    Debtor(s)

Case No. 20-00962-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 05, 2021     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2021 19:17:00 | IRS, Department of Treasury, Bankruptcy Division, 600 Arch Street, Rm 5200, Philadelphia, PA 19106 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Michael D Nolan pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 2 Linda R Nolan pat@turnerandoconnell.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |

Sindi Mncina     on behalf of Creditor U.S. Bank Trust National Association smncina@rascrane.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. NOLAN : BK. NO. 1-20-00962
LINDA R. NOLAN :
: CHAPTER 13 PROCEEDING
    Debtor/Respondent :
:
v :
:
IRS DEPARTMENT OF TREASURY :
    Creditor :

ORDER

In consideration of the objection to proof of claim filed by Debtor, it is hereby Ordered that the proof of claim of IRS – Department of Treasury, #2-1 should not be allowed as stated.

Dated: January 5, 2021      By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)