UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL D. NOLAN | : | BK. NO. 1-20-00962 |
| LINDA R. NOLAN | : | |
| | : | CHAPTER 13 PROCEEDING |
| Debtors/Respondents | : | |
| | : | |
| v | : | |
| | : | |
| IRS DEPARTMENT OF TREASURY | : | |
| Creditor | : | |

**AMENDED**
**OBJECTION TO PROOF OF CLAIM**
**FILED BY IRS DEPARTMENT OF TREASURY**

AND NOW come the Debtors, Michael and Linda Nolan, by and through through their attorney, James H. Turner, to object to the above-mentioned Creditor's Proof of Claim #2-1. The debtors have filed their Federal 2019 tax return and it has been submitted to the IRS, Department of Treasury. The return shows a small refund due to the debtors. The estimated claim of, $2,501.77, should be disallowed as there is no basis for the claimed amount.

/s/ James H. Turner, Esquire
James H. Turner, Esquire
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA  17112
717/232-4551

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. NOLAN : BK. NO. 1-20-00962
LINDA R. NOLAN :
: CHAPTER 13 PROCEEDING
    Debtor/Respondent :
:
v :
:
IRS DEPARTMENT OF TREASURY :
    Creditor :

## CERTIFICATE OF SERVICE

On this 5th day of March, 2021, I, James H. Turner, Esquire, do hereby certify that I placed in the U.S. mail, first class, postage prepaid a true and correct copy of the foregoing Notice addressed to the persons listed below.

IRS
Department of Treasury
Bankruptcy Division
600 Arch Street, Rm 5200
Philadelphia, PA 19106

/s/ James H. Turner, Esquire
James H. Turner
915 N Mountain Road, Suite D
Harrisburg, PA 17112
(717) 232-4551

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL D. NOLAN | : | BK. NO. 1-20-00962 |
| LINDA R. NOLAN | : | |
| | : | CHAPTER 13 PROCEEDING |
| Debtor/Respondent | : | |
| v | : | |
| IRS DEPARTMENT OF TREASURY | : | |
| Creditor | : | |

ORDER

In consideration of the objection to proof of claim filed by Debtor, it is hereby Ordered that in the proof of claim of IRS – Department of Treasury, #2-1 in the amount of $2,501.77, should not be allowed.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. NOLAN : BK. NO. 1-20-00962
LINDA R. NOLAN :
 : CHAPTER 13 PROCEEDING
    Debtor/Respondent :
 :
v :
 :
IRS DEPARTMENT OF TREASURY :
    Creditor :

    TO:    IRS DEPARTMENT OF TREASURY

**NOTICE TO CLAIMANT OF OBJECTION TO CLAIM
AND HEARING DATE**

**Michael and Linda Nolan, filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**
**Response deadline is April 4, 2021**

United States Bankruptcy Court
Middle District of Pennsylvania
Ronald Reagan Federal Building,
Third & Walnut Streets
Harrisburg, PA 17101

**If you or your attorney do not respond to the objection, the Court may decide that you do not oppose the objection to your claim.**

    James H. Turner, Esquire
    915 N Mountain Road
    Suite D
    Harrisburg, PA 17112
    (717)232-4551 Phone
    (717)232-2115 Fax
    pat@turnerandoconnell.com
    29928

March 5, 2021