IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Linda Nolan, | : | Bankruptcy No. 20-00962-HWV |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| UMB Bank, National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3, | : | |
|     Movant, | : | |
| | : | |
| Linda Nolan,, | : | |
|     Debtor(s) / Respondent(s) | : | |
| | : | |
| and | : | |
| Charles J. DeHart, III, | : | |
|     Trustee/Respondent. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, UMB Bank, National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

        Andrew M. Lubin, Esquire
        Milstead & Associates, LLC
        1 E. Stow Road
        Marlton, NJ 08053
        (856) 482-1400

    Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: March 12, 2021                                MILSTEAD & ASSOCIATES, LLC

                                                                      BY: /s/Andrew M. Lubin
                                                                      Andrew M. Lubin
                                                                       Attorney ID No. 54297
                                                                       1 E. Stow Road
                                                                       Marlton, NJ 08053

230910-1