United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00962-HWV |
| Michael D Nolan | Chapter 13 |
| Linda R Nolan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5396813 | + UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, UMB Bank, National Association, not in i Serviced by Select Portfolio Servicing, |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021                    Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for BRAVO Residential Funding Trust 2021-B alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3 alubin@milsteadlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |
| James H Turner | |

on behalf of Debtor 2 Linda R Nolan pat@turnerandoconnell.com

James H Turner
    on behalf of Debtor 1 Michael D Nolan pat@turnerandoconnell.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup
    Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-00962-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael D Nolan<br>8117 Molly Pitcher Hwy<br>Shippensburg PA 17257 | Linda R Nolan<br>8117 Molly Pitcher Hwy<br>Shippensburg PA 17257 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/04/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, UMB Bank, National Association, not in i, Serviced by Select Portfolio Servicing, | BRAVO Residential Funding Trust 2021-B<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250<br>BRAVO Residential Funding Trust 2021-B<br>c/o Select Portfolio Servicing, Inc. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/06/21

Terrence S. Miller

**CLERK OF THE COURT**