United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00962-HWV |
| Michael D Nolan | Chapter 13 |
| Linda R Nolan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 26, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5407872 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 26 2022 18:37:00 | BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250, BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc. 84165-0250 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3 ecfmail@mwc-law.com |
| Bernadette Irace | on behalf of Creditor U.S. Bank Trust National Association birace@milsteadlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |
| James H Turner | |
| | on behalf of Debtor 2 Linda R Nolan pat@turnerandoconnell.com |
| James H Turner | |
| | on behalf of Debtor 1 Michael D Nolan pat@turnerandoconnell.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for BRAVO Residential Funding Trust 2021-B ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-00962-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael D Nolan
8117 Molly Pitcher Hwy
Shippensburg PA 17257

Linda R Nolan
8117 Molly Pitcher Hwy
Shippensburg PA 17257

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/25/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250, BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc.

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250
U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/28/22

Terrence S. Miller
**CLERK OF THE COURT**