UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **MICHAEL D. NOLAN AND**
       **LINDA R. NOLAN**        :   Bankruptcy No. **1:20-bk-00962-HWV**
          Debtor(s)                :   Chapter 13

## APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Chad J. Julius hereby enters his Appearance as Counsel in this matter on behalf of Michael D. Nolan and Linda R. Nolan, Debtor.

Date: July 12, 2022

_____
Chad J. Julius
I.D. No. 209496
Jacobson, Julius & Harshberger
8150 Derry Street, Ste. A
Harrisburg, PA 17111
717-909-5858
717-909-7788 [fax]

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **MICHAEL D. NOLAN AND**
      **LINDA R. NOLAN** : Bankruptcy No. **1:20-bk-00962-HWV**
      Debtor(s) : Chapter 13

## CERTIFICATE OF SERVICE

I, Dera Shade, do hereby certify that on this day I served the within *Entry of Appearance* upon the following persons via the ECF/CM and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:
Jack N Zaharopoulos (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

U.S. Trustee
228 Walnut Street,
P.O. Box 969
Harrisburg, PA 17101-0969

FIRST CLASS Mail -

All creditors on the mailing matrix (attached).

DATED: July 12, 2022

_____
Dera Shade, Paralegal

Label Matrix for local noticing
0314-1
Case 1:20-bk-00962-HWV
Middle District of Pennsylvania
Harrisburg
Tue Jul 12 12:50:54 EDT 2022

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

SELECT PORTFOLIO SERVICING, INC.
PO Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737

1:20-bk-00962-HWV
FAY SERVICING, LLC
PO BOX 814609
DALLAS, TX 75381-4609

AT&T Mobility II LLC
AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

BRAVO Residential Funding Trust 2021-B
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

BRAVO Residential Funding Trust 2021-B
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250
BRAVO Residential Funding Trust 2021-B
c/o Select Portfolio Servicing, Inc.  84165-

Credit Acceptance
6505 W Twelve Mile Rd
Ste 3000
Southfield MI 48034-8331

(p)FAY SERVICING LLC
P O BOX 814609
DALLAS TX 75381-4609

Geisinger Medical Center
100 North Academy Avenue
Danville, PA 17822-4321

IRS
Special Procedures
PO Box 12051
Philadelphia, PA 19105

PA Department of Revenue
PO Box 8901
Harrisburg, PA 17105

Patriot Federal Credit Union
800 Wayne Avenue
PO Box 778
Chambersburg, PA 17201-0778

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. BANK TRUST NATIONAL ASSOCIATION,
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250
U.S. Bank Trust National Association
c/o Select Portfolio Servicing, Inc.  84165-0250

UMB Bank, National Association, not in its
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165-0250

UMB Bank, National Association, not in its i
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165-0250
UMB Bank, National Association, not in i
Serviced by Select Portfolio Servicing,

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

JACK N ZAHAROPOULOS
IN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

James H Turner
Turner and O'Connell
915 N Mountain Road
Suite D
Harrisburg, PA 17112-1793

Linda R Nolan
8117 Molly Pitcher Hwy
Shippensburg, PA 17257-9366

Michael D Nolan
8117 Molly Pitcher Hwy
Shippensburg, PA 17257-9366

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

'ay Servicing
'O Box 809441
'hicago, IL 60680

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Select Portfolio Servicing, Inc. as servic  (u)U.S. Bank Trust National Association, not  (u)UMB Bank, National Association, not in it

(u)Guarantee Acceptance                        (d)U.S. Bank Trust National Association     (du)UMB Bank, National Association, not in :
                                               Robertson, Anschutz, Schneid & Crane LLC
                                               10700 Abbotts Bridge Road, Suite 170
                                               Duluth, GA 30097-8461

ind of Label Matrix
iailable recipients    27
lypassed recipients     6
'otal                  33