United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael D Nolan  
Linda R Nolan  
    Debtors

Case No. 20-00962-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 15, 2022      Form ID: ordsmiss      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael D Nolan, Linda R Nolan, 8117 Molly Pitcher Hwy, Shippensburg, PA 17257-9366 |
| 5328869 | + | 1:20-bk-00962-HWV, FAY SERVICING, LLC, PO BOX 814609, DALLAS, TX 75381-4609 |
| 5312206 | | Geisinger Medical Center, 100 North Academy Avenue, Danville, PA 17822-4321 |
| 5312209 | | PA Department of Revenue, PO Box 8901, Harrisburg, PA 17105 |
| 5396812 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5396813 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, UMB Bank, National Association, not in i Serviced by Select Portfolio Servicing, |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Sep 15 2022 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5329165 | + | EDI: CINGMIDLAND.COM | Sep 15 2022 22:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5407872 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250, BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc. 84165-0250 |
| 5407871 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5312505 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 15 2022 18:46:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 5312205 | | Email/Text: ECF@fayservicing.com | Sep 15 2022 18:46:00 | Fay Servicing, PO Box 809441, Chicago, IL 60680 |
| 5312208 | | EDI: IRS.COM | Sep 15 2022 22:53:00 | IRS, Special Procedures, PO Box 12051, Philadelphia, PA 19105 |
| 5312210 | | Email/Text: bankruptcy@patriotfcu.org | Sep 15 2022 18:46:00 | Patriot Federal Credit Union, 800 Wayne Avenue, PO Box 778, Chambersburg, PA 17201-0778 |
| 5345930 | | EDI: PENNDEPTREV | Sep 15 2022 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5345930 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5312699 | + | EDI: RMSC.COM | Sep 15 2022 22:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5334070 | ^ | MEBN | Sep 15 2022 18:44:12 | U.S. BANK TRUST NATIONAL ASSOCIATION,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5476984 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5476985 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc. 84165-0250 |
| 5315690 | + | Email/Text: RASEBN@raslg.com | Sep 15 2022 18:46:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5327981 | | EDI: AIS.COM | Sep 15 2022 22:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5312207 | | Guarantee Acceptance |
| 5395146 | | UMB Bank, National Association, not in its individ |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor UMB Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3 ecfmail@mwc-law.com |
| Bernadette Irace | on behalf of Creditor U.S. Bank Trust National Association birace@milsteadlaw.com bkecf@milsteadlaw.com |

| | |
|---|---|
| Chad J. Julius | on behalf of Debtor 2 Linda R Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Michael D Nolan cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Michael D Nolan pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 2 Linda R Nolan pat@turnerandoconnell.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for BRAVO Residential Funding Trust 2021-B ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael D Nolan,                         Chapter     13

**Debtor 1**

                                        Case No.     1:20−bk−00962−HWV

Linda R Nolan,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck/*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 15, 2022

ordsmiss (05/18)